UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIO ZACARIAS SANCHEZ,

      Petitioner,

v.

KEVIN RAYCRAFT, Detroit Field Office
Director, U.S. Immigration and Customs
Enforcement; KRISTI NOEM, Secretary of
the U.S. Department of Homeland Security;
and PAMELA BONDI, Attorney General of
the United States, in their official capacities,

      Respondents.

_____/

Case No. 1:25-cv-1754

Hon. Hala Y. Jarbou
Chief U.S. District Court Judge

Hon. Maarten Vermaat
U.S. Magistrate Judge

## <u>STIPULATED ORDER TO DISMISS</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner and Respondents,

by their respective counsel, hereby stipulate to a dismissal of this case in its entirety, without costs

or attorneys' fees to any party.

**SO STIPULATED:**

Respectfully submitted,

Dated: December 18, 2025

/s/ *Laura Smith*
LAURA SMITH
ARDC 6300907
Laura@childrenslegalcenterchicago.org
Children's Legal Center
1100 W Cermak Rd., Suite 422
Chicago, Illinois 60608
312-722-6642
Attorney for Petitioner

TIMOTHY VERHEY
United States Attorney

Dated: December 18, 2025

/s/ *Kalen H. Pruss*
KALEN H. PRUSS
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Kalen.Pruss@usdoj.gov
Attorney for Respondents


**IT IS SO ORDERED:**


Dated:  December 19, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge